1   **WO**                                                                      JDN

2

3

4

5

6                   **IN THE UNITED STATES DISTRICT COURT**

7                       **FOR THE DISTRICT OF ARIZONA**

8

9   United States of America,              )   No. CR 04-0108-PHX-MHM
                                           )
10                                          )   No. CV 05-4204-PHX-MHM (VAM)
                  v.                        )
11                                          )   **ORDER**
                                           )
12  Saul Bueno-Lopez,                       )
                                           )
13                Movant.                   )
                                           )
14  _____)

15

16          Movant, presently confined in the Federal Correctional Complex II, in Victorville,

17  California, has filed a *pro se* Motion to Vacate, Set Aside, or Correct Sentence by a Person

18  in Federal Custody pursuant to 28 U.S.C. § 2255 (Doc. # 95).   Movant pled guilty to

19  possession of a firearm during and in relation to a crime of violence, a violation of 18 U.S.C.

20  § 924(c), and was sentenced by this Court to a term of 90 months.   Movant will be provided

21  30 days in which to file an Amended Motion, however, if he fails to file an Amended Motion

22  within the 30 days, an answer to the present Motion will be ordered.

23  **A.     Motion**

24          In his Motion filed on December 22, 2005, Movant raises four grounds for relief:

25          (1) ineffective assistance of trial counsel constituting a violation of Movant's Fifth and

26  Sixth Amendment rights;

27          (2) violation of Rule 32, Fed. R. Civ. P., in that trial counsel was ineffective;

28          (3) violation of Rule 32(c)(3)(D), Fed. R. Civ. P., by trial counsel; and

1   (4) ineffective assistance of trial counsel at all stages of proceedings.

2   In three of the four grounds set forth in his Motion, Movant states that the supporting
3   argument for the grounds for relief will be presented in an amended motion "since this is a
4   'Bare Bones 2255 Motion'" (Motion at 5). Although Movant has asserted sufficient grounds
5   which would require an answer, he has clearly indicated his intention of supplying a more
6   thorough argument in support of his claims in an Amended Motion. Accordingly, the Court
7   will provide 30 days in which Movant may file an Amended Motion. If Plaintiff fails to file
8   an Amended Motion, the present Motion will be served and an answer will be required.

9   **B.**     **Amendment**

10  Any Amended Motion must be submitted on the court-approved form and signed
11  under penalty of perjury. In particular, Movant must list each ground for relief and state the
12  facts supporting each ground. Movant is advised that the Amended Motion must be retyped
13  or rewritten in its entirety on a court-approved form and may not incorporate any part of the
14  original Motion by reference. Any Amended Motion submitted by Movant should be clearly
15  designated as such on the face of the document. The Clerk of Court will be directed to
16  provide Movant with a form for filing a § 2255 action.

17  Movant is further advised that an amended § 2255 Motion supersedes the original
18  Motion. See Ferdik v. Bonzelet, 963 F.2d 1258, 1262 (9th Cir. 1992); Hal Roach Studios v.
19  Richard Feiner & Co., 896 F.2d 1542, 1546 (9th Cir. 1990). After amendment, the original
20  pleading is treated as nonexistent. Ferdik, 963 F.2d at 1262. Thus, grounds for relief alleged
21  in the original Motion which are not alleged in the amended Motion are waived. King v.
22  Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987).

23

24  **IT IS THEREFORE ORDERED:**

25  (1) That Movant shall have 30 days from the date of filing of this Order to file an
26  Amended Motion in accordance with the Court's Order. If Movant fails to file an Amended
27  Motion within the 30 days, the present Motion will be served.

28

(2)  That at all times during the pendency of this action, Movant  shall immediately advise the Court of any change of address and its effective date.  Such notice shall be captioned "NOTICE OF CHANGE OF ADDRESS."   The notice shall contain only information pertaining to the change of address and its effective date.  The notice shall not include any motions for any other relief. Failure to file a Notice of Change of Address may result in the dismissal of the action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure; and

(3)  That the Clerk of Court is directed to provide to Movant a current court-approved form for filing a Motion to Vacate, Set Aside or Correct Sentence By a Person in Federal Custody (28 U.S.C. § 2255).

DATED this 27th day of March, 2006.

Mary H. Murguia
United States District Judge

_____
Name

_____
Prison Number

_____
Place of Confinement

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES OF AMERICA              )
                                      )
                vs.                   )
                                      )      _____
_____,     )      Case Number (To be supplied by
(Full Name of Movant)                 )      the Clerk, U. S. District Court)
                                      )
_____,     )          MOTION TO VACATE, SET ASIDE,
(Include name under which you were     )          OR CORRECT  SENTENCE BY A
convicted.)                           )          PERSON IN FEDERAL CUSTODY
                                      )               (28 U.S.C. § 2255)
                          Movant.     )
_____       )

        (If movant has a sentence to be served in the future under a federal
judgment which he wishes to attack, he should file a motion in the federal
court which entered the judgment.)

                    INSTRUCTIONS - READ CAREFULLY

(1)  This motion must be legibly handwritten or typewritten and signed by the
     movant under penalty of perjury. Any false statement of a material fact
     may serve as the basis for prosecution and conviction for perjury. All
     questions must be answered concisely in the proper space on the form.
     Where more room is needed to answer any question, use reverse side of
     sheet.

(2)  Additional pages are not permitted except with respect to the *facts*
     which you rely upon to support your grounds for relief.  No citation of
     authorities need be furnished. If briefs or arguments are submitted,
     they should be submitted in the form of a separate memorandum.

(3)  Upon receipt, your motion will be filed if it is in proper order. No
     fee is required with this motion.

(4)  If you do not have the necessary funds for transcripts, counsel, appeal,
     and other costs connected with a motion of this type, you may request
     permission to proceed *in forma pauperis*, in which event you must execute
     the Declaration on the last two (2) pages, setting forth information
     establishing your inability to pay the costs. If you wish to proceed *in
     forma pauperis*, you must have an authorized officer at the penal
     institution complete the Certificate as to the amount of money and
     securities on deposit to your credit in any account in the institution.

(5)  Only judgments entered by one court may be challenged in a single
     motion. If you seek to challenge judgments entered by different judges
     or divisions

(6/22/82)                                                          **510**

either in the same district or in different districts, you must file
separate motions as to each judgment.

(6) Your attention is directed to the fact that you must include all
grounds for relief and all facts supporting such grounds for relief in
the motion you file seeking relief from any judgment of conviction.

(7) When the motion is fully completed, *the original and two (2) copies*
must be mailed to:

<u>Phoenix & Prescott Divisions</u>:   OR   <u>Tucson Division</u>:
U.S. District Court Clerk               U.S. District Court Clerk
U.S. Courthouse, Suite 321              U.S. Courthouse, Suite 1500
401 West Washington St., SPC 10         405 West Congress Street
Phoenix, Arizona  85003-2119            Tucson, Arizona  85701-5010

(8) Motions which do not conform to these instructions will be returned with
a notation as to the deficiency.

<u>MOTION</u>

1.  Name and location of court which entered the judgment of conviction
    under attack: _____
2.  Date of judgment of conviction: _____
3.  Length of sentence: _____ Sentencing Judge: _____
4.  Nature of offense involved (all counts): _____
    _____
    _____
    _____

5.  What was your plea?   (Check one)
    (a) Not Guilty     (  )
    (b) Guilty         (  )
    (c) Nolo contendere (  )
    If you entered a guilty plea to one count or indictment, and a not
    guilty plea to another count or indictment, give details: _____
    _____
    _____
    _____

6.  Kind of trial:   (Check one)
    (a) Jury         (  )
    (b) Judge only   (  )
7.  Did you testify at the trial? Yes (  )      No (  )
8.  Did you appeal from the judgment of conviction? Yes (  )      No (  )
9.  If you did appeal, answer the following:
    (a) Name of Court: _____
    (b) Result: _____
    (c) Date of result: _____
10. Other than a direct appeal from the judgment of conviction and sentence,
    have you previously filed any petitions, applications, or motions with
    respect to this judgment in any federal court?      Yes (  )    No (  )
11. If your answer to 10 was "yes," give the following information:
    (a) (1) Name of Court: _____
        (2) Nature of proceeding: _____

-2-

(3) Grounds raised: _____
   _____
   _____
   _____

(4) Did you receive an evidentiary hearing on your petition,
application,      or motion? Yes ( )      No ( )
(5) Result: _____
(6) Date of result: _____
(b) As to any second petition, application, or motion, give the same
   information:
(1) Name of court: _____
(2) Nature of proceeding: _____
   _____

(4) Did you receive an evidentiary hearing on your petition,
application, or motion?  Yes ( )      No ( )
(5) Result: _____
(6) Date of result: _____
(c) As to any third petition, application, or motion, give the same
   information:
(1) Name of court: _____
(2) Nature of proceeding: _____
(3) Grounds raised: _____
   _____
   _____
   _____

(4) Did you receive an evidentiary hearing on your petition,
application,      or motion? Yes ( )      No ( )
(5) Result: _____
(6) Date of result: _____
(d) Did you appeal, to an appellate federal court having jurisdiction,
   the result of action taken on any petition, application, or motion?
(1) First petition, etc.      Yes ( )      No ( )
(2) Second petition, etc.     Yes ( )      No ( )
(3) Third petition, etc.      Yes ( )      No ( )
(e) If you did not appeal from the adverse action on any petition,
   application, or motion, explain *briefly* why you did not: _____
   _____
   _____
   _____
   _____
   _____
   _____

12. State *concisely* every ground on which you claim that you are being held
   unlawfully. Summarize *briefly* the facts supporting each ground. If
   necessary, you may attach pages stating additional grounds and *facts*
   supporting same.
   <u>CAUTION</u>:   If you fail to set forth all grounds in this motion, you may
              be barred from presenting additional grounds at a later date.

-3-

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings.  Each statement preceded by a letter constitutes a separate ground for possible relief.  You may raise any grounds which you have other than those listed.  However, *you should raise in this motion all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose.  Do not check any of the grounds listed below.  The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

    (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

    (b) Conviction obtained by use of coerced confession.

    (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

    (d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

    (e) Conviction obtained by a violation of the privilege against self-incrimination.

    (f) Conviction obtained by an unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

    (g) Conviction obtained by a violation of the protection against double jeopardy.

    (h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

    (i) Denial of effective assistance of counsel.

    (j) Denial of right of appeal.

A.    Ground One: _____

Supporting FACTS (tell your story *briefly* without citing cases or law):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

B.    Ground Two: _____

Supporting FACTS (tell your story *briefly* without citing cases or law):

_____
_____
_____
_____
_____

_____
_____
_____
_____
_____
_____

C.    Ground Three: _____

Supporting FACTS (tell your story *briefly* without citing cases or law):
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

D.    Ground Four: _____

Supporting FACTS (tell your story *briefly* without citing cases or law):
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

13.  If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

14.  Do you have any petition or appeal now pending in any court as to the judgment under attack?   Yes ( )      No ( )

15. Give the name and address, if known, of each attorney who represented
    you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing: _____
    _____
    (b) At arraignment and plea: _____
    _____
    (c) At trial: _____
    _____
    (d) At sentencing: _____
    _____
    (f) In any post-conviction proceeding: _____
    _____
    (g) On appeal from any adverse ruling in a post-conviction proceeding: __
    _____
    _____

16. Were you sentenced on more than one count of an indictment, or on more
    than one indictment, in the same court and at approximately the same
    time?
    Yes ( )    No ( )
17. Do you have any future sentence to serve after you complete the
    sentence imposed by the judgment under attack?   Yes ( )      No ( )
    (a) If so, give the name and location of the court which imposed the
        sentence to be served in the future: _____
    _____
    (b) Give the date and length of sentence to be served in the future: ____
    _____
    _____
    (c) Have you filed, or do you contemplate filing, any petition
        attacking the judgment which imposed the sentence to be served in
        the future?
        Yes ( )      No ( )

        WHEREFORE, movant prays that the court grant him all relief to
which he may be entitled in this proceeding.

        I declare (or certify, verify, or state) under penalty of perjury
that the foregoing is true and correct:


Executed on _____          _____
                   (date)                      Signature of Movant



_____
Signature of Attorney (if any)